IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-21761-CIV-DIMITROULEAS

MICHAEL PARIS, as Personal Representative
of the Estate of HENRYPARIS, JR., deceased,
CHRISTIE HEGEL, and ROLANDO
HERNANDEZ, individually and on behalf of
all other similarly situated,

CLASS ACTION

    Plaintiffs,
v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY, and PROGRESSIVE SELECT
INSURANCE COMPANY,

    Defendants.
_____/

## JOINT SETTLEMENT UPDATE AND MOTION FOR EXTENSION FOR PLAINTIFFS TO FILE FOR PRELIMINARY APPROVAL

Plaintiffs Michael Paris, Christie Hegel and Rolando Hernandez ("Plaintiffs") and Defendants Progressive American Insurance Company ("Progressive American") and Progressive Select Insurance Company ("Progressive Select") (collectively "Progressive" or "Defendants") (and together with Plaintiffs, the "Parties") hereby jointly provide the Court with an update on the status of the Parties' settlement negotiations, and further move for a one-week extension through November 11, 2022, for Plaintiffs to file their motion for preliminary approval of the Parties' proposed class action settlement, and state as follows:

On October 13, 2022, the Parties filed their Joint Notice Regarding Mediation [Dkt. No. 286] ("Joint Notice"), advising the Court that the Parties had attended a second mediation and were still negotiating a material term of the proposed settlement. The Parties further advised the Court that they would likely be in a position to file a motion for preliminary approval of a

settlement by November 4, 2022, or otherwise notify the Court of an impasse in the Parties' negotiations by that same date.

After continued negotiations following the filing of the Joint Notice, the Parties have reached agreement on the material terms of a global class action settlement subject to the parties finalizing a written settlement agreement, which will resolve the claims asserted by Plaintiffs in *Paris* and the related case *South v. Progressive Select Insurance Company*, Case No. 19-cv-21760 (S.D. Fla.) ("*South*").

The Parties have been diligently working to finalize the proposed class settlement agreement for which Plaintiffs will be moving the Court for preliminary approval. In drafting the settlement agreement and related motion for preliminary approval, however, the Parties have become aware of the need to consolidate this action with *South* for purposes of effectuating efficient approval and administration of the Parties' proposed global settlement.

Accordingly, the Parties have filed a Joint Motion to Consolidate [Dkt. No. 287], requesting the Court enter an Order consolidating *South* and *Paris* for the limited purpose of considering approval of the proposed global settlement, and, if approved, overseeing the implementation of the global settlement reached by the Parties in the two cases. The Parties submit that *Paris* and *South* should be consolidating prior to moving the Court for preliminary approval of the global settlement and, further, request a brief one-week extension through November 11, 2022, for the Parties to finalize their proposed settlement agreement and for Plaintiffs to move the Court for preliminary approval of same.

WHEREFORE, the Parties jointly request that the Court grant this Joint Motion and extend the deadline for Plaintiff to file for preliminary approval through November 11, 2022. A proposed Order is attached for the Court's consideration.

Dated: November 4, 2022.

Respectfully submitted,

*/s/      Jason H. Alperstein*
Jeff Ostrow (FBN 12452)
Jason H. Alperstein (FBN 064205)
Jonathan M. Streisfeld (FBN 117447)
**Kopelowitz Ostrow Ferguson Weiselberg Gilbert**
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
Fax: (954) 525-4300
ostrow@kolawyers.com
alperstein@kolawyers.com
streisfeld@kolawyers.com

Jacob Phillips (FBN 0120130)
Edmund A. Normand (FBN 0865590)
**Normand PLLC**
3165 McCrory Place, Suite 175
Orlando, Florida 32803
Tel:  (407) 603-6031
Fax: (888) 974-2175
ed@normandpllc.com
jacob.phillips@normandpllc.com

Christopher Lynch (FBN 331041)
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Tel:  (305) 443-6200
Fax: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchlaw.com

Andrew J. Shamis (FBN 101754)
**Shamis & Gentile, P.A.**
14 N.E. 1st Avenue, Suite 1205
Miami, Florida   33132
Telephone:  (305) 479-2299
ashamis@shamisgentile.com

Scott Edelsberg (FBN 100537)
**Edelsberg Law, P.A.**

Respectfully submitted,

*/s/      Bryan T. West*
Marcy Levine Aldrich (FBN 0968447)
Bryan T. West (FBN 83526)
**Akerman LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida 33131
Telephone: 305.374.5600
Fax: 305.374.5095
marcy.aldrich@akerman.com
bryan.west@akerman.com

Karl A. Bekeny (admitted pro hac vice)
Benjamin C. Sassé (admitted pro hac vice)
Jennifer L. Mesko (admitted pro hac vice)
Kevin M. Young (admitted pro hac vice)
**Tucker Ellis LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel: 216.592.5000
Fax: 216.592.5009
karl.bekeny@tuckerellis.com
jennifer.mesko@tuckerellis.com
benjamin.sasse@tuckerellis.com
kevin.young@tuckerellis.com

*Counsel for Defendants Progressive American Insurance Company and Progressive Select Insurance Company*

19495 Biscayne Boulevard, Suite 607
Aventura, Florida 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiffs Michael Paris, as Personal Representative for the Estate of Henry Paris, Jr., Christie Hegel, and Rolando Hernandez*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above Joint Settlement Update and Motion for Extension for Plaintiffs to File for Preliminary Approval and the proposed Order were filed through the Court's CM/ECF system and served on all counsel of record on this 4th day of November, 2022.

                                                      /s/     *Jason H. Alperstein*
                                                             Jason H. Alperstein (FBN 064205)